RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Wilmer Alexander Cortez-Cruz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILMER ALEXANDER CORTEZ-CRUZ, <br><br> Defendant. | Case No. 2:25-cr-00123-RFB <br><br> **STIPULATION TO CONTINUE PRELIMINARY HEARING** <br> (First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Wilmer Alexander Cortez-Cruz, that the Preliminary Hearing currently scheduled on July 23, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than August 15, 2025.

      This Stipulation is entered into for the following reasons:

      1.    The matter has been negotiated, and a change of plea and sentencing hearing has been set for August 15, 2025. The requested continuance will permit the change of plea hearing to be held.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the preliminary hearing.

DATED this 9th day of May 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTACH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00123-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| WILMER ALEXANDER CORTEZ-CRUZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, July 23, 2025 at 4:00 p.m. be vacated and continued to August 19, 2025 at the hour of 3:00 p.m. in Courtroom 3D.

DATED this 13th of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE